# Cooley LLP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-12

**MEMO ENDORSED**

Heidi L. Keefe
T: +1 650 843 5001
hkeefe@cooley.com

VIA FACSIMILE

*All Final Pretrial Submissions are due November 30.*

October 11, 2012

The Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
Courtroom 12C
500 Pearl St.
New York, NY 10007-1312

*SO ORDERED.*
*[signature]*
*10-11-12*

RE: **Wireless Ink Corp. v. Facebook, Inc., et al., Case Nos. 10-cv-1841 and 11-cv-1751**

Dear Judge Castel:

Plaintiff Wireless Ink Corp. and Defendants Facebook, Inc., Google Inc., and YouTube, LLC write to seek clarification of the current schedule in this action with regard to the parties' Final Pretrial Submission. The parties' understanding from the last status conference with the Court was that the parties would discuss the scheduling of pretrial related dates at the next status conference, currently set for November 2, 2012. The original scheduling order for these combined cases called for the filing of the Final Pretrial Submission thirty days after the close of expert discovery, which would be October 29, 2012. In light of later orders and discussion of the schedule at the most recent status conference, there is some uncertainty as to this October 29 Final Pretrial Submission Date. The parties therefore request confirmation that this date is vacated pending a schedule to be determined at the November 2 conference.

To the extent the Court's understanding is different, the parties respectfully request a month's extension to November 30, 2012.

Sincerely,

THE PITCOCK LAW GROUP

By: /s/ Jeremy S. Pitcock (with permission)
Jeremy S. Pitcock (JP-4954)
1501 Broadway, 12th Floor
New York, NY 10036
(646) 571-2237

WHITE & CASE LLP

By: /s/ Kevin X. McGann (with permission)
Kevin X. McGann
Aaron Chase
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
*Attorneys for Google Inc. and YouTube, LLC*



Hon. P. Kevin Castel
October 11, 2012
Page Two

Of Counsel:

**STEVENS LAW GROUP**
David R. Stevens (admitted *pro hac vice*)
1754 Technology Drive, Suite 226
San Jose, California 95110
(408) 288-7588

**BANIE & ISHIMOTO LLP**
Jennifer L. Ishimoto (admitted *pro hac vice*)
1999 S. Bascom Ave., Suite 700
Campbell, CA 95008
(650) 549-5652

**REYES | BROWNE | REILLEY**
Papool S. Chaudhari (admitted *pro hac vice*)
5950 Berkshire Lane, Suite 410
Dallas, TX 75225
(214) 526-7900

*Attorneys for Wireless Ink Corporation*

COOLEY LLP

By: /s/ *Heidi Keefe*
Heidi Keefe (admitted *pro hac vice*)
Mark Weinstein (admitted *pro hac vice*)
5 Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

*Attorneys for Facebook, Inc.*